IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEFAN LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, *Commissioner of Social Security*, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 23-2210-KSM |

## ORDER

**AND NOW** this 26th day of July, 2024, upon consideration of the Report and Recommendation of the Honorable Lynne A. Sitarski (Doc. No. 21), to which neither party objects, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.
2. Plaintiff's Request for Review (Doc. No. 10) is **GRANTED**.
3. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**